# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDRE M. DUFFY,

      Plaintiff,

      v.

VERIZON COMMUNICATIONS, INC., <u>et al.</u>

      Defendants.

Civ. No. 05-2005

## <u>ORDER</u>

On October 7, 2005, Andre M. Duffy (the "Plaintiff") filed a Complaint against Verizon Communications, Inc., Verizon Washington, Inc., Lawrence T. Babbio, Anthony A. Lewis, Michael Hoover, Mark Gilbert, and John Does 1 through X (X being corporations or other business entities whose identities were then unknown) [hereinafter referred to collectively as the "Defendants"].  According to the Court's records, no summons was ever served on the Defendants.  Rule 4(m) of the Federal Rules of Civil Procedure states:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  Accordingly, it is hereby

**ORDERED** that if the Plaintiff fails to serve a summons on the Defendants within 30

days of the date of this Order, this action shall be dismissed without prejudice unless the Plaintiff

shows good cause to extend the time for service.

**SO ORDERED.**

July 10, 2006                                                    _____/s/_____
                                                                              Thomas F. Hogan
                                                                              Chief Judge