AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ANDRE M. DUFFY

V.

**SUMMONS IN A CIVIL CASE**

VERIZON COMMUNICATIONS, INC.,
ET AL

CASE NUMBER: *05-2005, TFH*

TO: (Name and address of Defendant)

VERIZON COMMUNICATIONS, INC
1710 H. ST. N.W.
WASHINGTON, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ▓▓▓▓ *PRO SE* (name and address)

ANDRE M. DUFFY
417 SHADOW WAY LANE
PENSACOLA, FL. 32506

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NANCY M. MAYER-WHITTINGTON**                 **AUG  8 2006**

ERK

_Laura Chrisley_                         DATE

) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-9-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| WILLIAM JOHNSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT CORP.
1015-15TH ST, N.W. STE 1000, WASH. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-9-06      _____
           Date             Signature of Server

          1385-18TH ST, N.W. STE. 103, WASH. D.C. 20032
          Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ANDRE M. DUFFY

V.

VERIZON COMMUNICATIONS, INC
VERIZON WASHINGTON, INC,
LAWRENCE T. BABBIO, ANTHONY A. LEWIS,
MICHAEL HOOVER, MARK GILBERT, JOHN DOES
I THROUGH X (X BEING INDIVIDUALS WHOSE IDENTITIES
ARE PRESENTLY UNKNOWN), AND ABC CORP. I THROUGH X
(X BEING CORPORATIONS OR OTHER BUSINESS ENTITIES WHOSE
IDENTITIES ARE CURRENTLY UNKNOWN)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 2005  TFH

TO: (Name and address of Defendant)

VERIZON WASHINGTON, INC.
1710 H. STREET NW,
WASHINGTON, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ PLAINTIFF PRO SE (name and address)

ANDRE M. DUFFY
417 SHADOW WAY LANE
PENSACOLA, FL. 32506

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON

AUG  8 2006

CLERK

_Laura Chipley_

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-9-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| WILLIAM JOHNSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT CORP. 1015-15ᵗʰ ST. N.W., STE 1000, WASH. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8-9-06         _____
                   Date            *Signature of Server*

                   1325-18ᵗʰ ST. N.W., STE 103, WASH. D.C. 20036
                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ANDRE M. DUFFY

V.                                          **SUMMONS IN A CIVIL CASE**

VERIZON COMMUNICATIONS, INC.,
ET AL

CASE NUMBER: 05-2005 TFH

TO: (Name and address of Defendant)

MARK GILBERT
1710 H. ST. N.W.
WASHINGTON, D.C. 2000 G

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'███████ PROSE (name and address)

ANDRE M. DUFFY
417 SHADOW WAY LANE
PENSACOLA, FL. 32506

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON                    AUG 8 2006

CLERK                                          _____
                                               DATE

(Signature)
) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8-9-06 |
| NAME OF SERVER *(PRINT)*  WILLIAM JOHNSON | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: CT CORP  
1015-15 #ST, N.W., STE.1000, WASH. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-9-06___     _William Joh___
Date                         Signature of Server

1325-18th ST, N.W., STE.103, WASH. D.C. 20036
Address of Server

AUG 3 2006

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ANDRE M. DUFFY

V.

VERIZON COMMUNICATIONS, INC.,
ET AL

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-2005 TFH

TO: (Name and address of Defendant)

ANTHONY A. LEWIS
1710 H. ST. N.W.
WASHINGTON, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'[redacted]   PRO SE   (name and address)

ANDRE M. DUFFY
417 SHADOW WAY LANE
PENSACOLA, FL. 32506

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## RECEIVED

### AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON

AUG 8 2006

CLERK

_Laura Chipley_

) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8·9-06 | |
| NAME OF SERVER *(PRINT)*  WILLIAM JOHNSON | TITLE  PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT CORP.  
1015-15ᵗʰ ST, NW, STE 1000, WASH. D.C. 20036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-9-06   _____  
Date        *Signature of Server*

STE 103  
1325-18ᵗʰ ST, N.W. WASH. DC 20036  
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ANDRE M. DUFFY

V.

VERIZON COMMUNICATIONS, INC.,
ET AL

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-2005 TFH

TO: (Name and address of Defendant)

MICHAEL HOOVER
1710 H. ST. NW
WASHINGTON, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮ PRO SE (name and address)

ANDRE M. DUFFY
417 SHADOW WAY LANE
PENSACOLA, FL 32506

in answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NANCY M. MAYER-WHITTINGTON**

AUG   8 2006

CLERK

_Laura Chipley_

DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8-9-06 |
| NAME OF SERVER *(PRINT)*  William Johnson | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT CORP. 1015-15th ST. N.W., STE. 1000, WASH. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-9-06___      _William Joh_____
                  Date                    Signature of Server

1325-18th ST. N.W., STE 103, WASH. D.C. 20036
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ANDRE M. DUFFY

V.                                          **SUMMONS IN A CIVIL CASE**

VERIZON COMMUNICATIONS, INC.,
ET AL                         CASE NUMBER:  OS-2005  TFH

TO: (Name and address of Defendant)

LAWRENCE T. BABBIO
1710 H. ST. N.W.
WASH. D.C. 20006

                                                                    PRO SE
**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF █████████ (name and address)

ANDRE M. DUFFY
417 SHADOW WAY LANE
PENSACOLA, FL. 32506

an answer to the complaint which is served on you with this summons, within ___26___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON                        AUG  8 2006

CLERK
_Laura Chinsky_

(By) DEPUTY CLERK                            DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-9-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| WILLIAM JOHNSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT CORP.
1015-15ᵗʰ ST. N.W., STE 1000, WASH. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-9-06
　　　　　　　　　Date

_William Joh___
Signature of Server

1825-18ᵗʰ ST. N.W., STE 103, WASH. D.C. 20036
Address of Server

AUG 8 2006