<u>Andre M. Duffy v. Verizon Communications, Inc. et al.</u>
Case No. 05-2005 TFH
**Exhibit A**
Separation Form

Home > Administer Workforce > Administer Workforce (U.S.) > Use > Job Data          New Window

| Job Data 2 | Job Data 3 | Job Earnings Distribution | Benefit Program | **Employment Data 1** | Employment Data 2 |

Duffy, Andre M                     Employee                        **EmplID:** AD69639

**Employee Status:**   Out of Service

| | |
|---|---|
| **Hire Date:** 12/05/1994 | **Out of Service Date:** 10/11/2003 |
| **Rehire Date:** 02/20/2002 | **Last Date Worked:** 10/10/2003 |
| **NCS Date:** 12/06/1994    Years 8  Months 10  Days 5 | **Expected Return Date:** |
| | **Last Date Paid:** 10/10/2003 |

**Former NCSD**                               View All    First ◀ 1 of 3 ▶ Last

**Former NCS Date/Process Date:**   02/20/02    06/06/02            **From/To Cmpny::**

**Title Residency**     View All    First ◀ 1 of 2 ▶ Last

**Title Residency Date:** 12/06/1994                        **Supv ID:** BHP5B8N   Higginbotham, James K
                                                             **Emp Identifier:** 1322431

**Work Phone:** 202/636-0228          **Reloc Opt:**

**Pref Title:** CABLE SPLICING TECHNICIAN    **Mail Cd:**        **Exit Code:** N3    Misconduct

**Other Work Phones**                                    View All   First ◀ 1 of 1 ▶ Last

**Type of Phone:** Pager 1       **Number:** 202/672-8699       **Extn:**

Job Data        Earnings Distribution        Benefits Program Participation

[Save]  [Return to Search]  [Next in List]  [Previous in List]  [Previous tab]  [Next tab]  [Refresh]       [Update/Display]  [Include History]