IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andre M. Duffy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number No.: 05-2005 TFH |
| ) | |
| Verizon Communications Inc., ) | |
| Verizon Washington Inc., ) | |
| Lawrence T. Babbio, ) | |
| Anthony A. Lewis, ) | |
| Michael Hoover, ) | |
| Mark Gilbert, ) | |
| John Does 1 through X (X being ) | |
| individuals whose identities are presently ) | |
| unknown), ) | |
| and ABC Corp. 1 through X (X being ) | |
| corporations or Other Business entities ) | |
| whose identities are presently unknown) ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, and Plaintiff's Opposition thereto, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED in its entirety. Plaintiff's Complaint is hereby dismissed WITH PREJUDICE with respect to the claims against all Defendants.

Dated this _____ day of _____, 2006.

_____
United States District Court Judge

2

Copies to:

Amy Miller, Esq.
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102

Andre M. Duffy
417 Shadow Way Lane
Pensacola, FL 32506

\4139612.1