**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Andre M. Duffy,                    ) | |
|                                     ) | |
|           Plaintiff,                ) | |
|                                     ) | |
| v.                                  ) | Case Number No.:  05-2005 TFH |
|                                     ) | |
| Verizon Communications Inc.,        ) | |
| Verizon Washington Inc.,            ) | |
| Lawrence T. Babbio,                 ) | |
| Anthony A. Lewis,                   ) | |
| Michael Hoover,                     ) | |
| Mark Gilbert,                       ) | |
| John Does 1 through X (X being      ) | |
| individuals whose identities are presently ) | |
| unknown),                           ) | |
| and ABC Corp. 1 through X (X being  ) | |
| corporations or Other Business entities ) | |
| whose identities are presently unknown) ) | |
|                                     ) | |
|                                     ) | |
|           Defendants.               ) | |
|                                     ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRCIT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Verizon Communications Inc., certify that to the best of my knowledge and belief, the following are subsidiaries or affiliates of Verizon which have outstanding securities in the hands of the public:

Verizon Delaware Inc., formerly known as "Bell Atlantic – Delaware, Inc." and "The Diamond State Telephone Company";

Verizon Maryland Inc., formerly known as "Bell Atlantic – Maryland, Inc." and "The Chesapeake and Potomac Telephone Company of Maryland";

Verizon New Jersey Inc., formerly known as "Bell Atlantic – New Jersey, Inc." and "New Jersey Bell Telephone Company";

Verizon Pennsylvania Inc., formerly known as "Bell Atlantic – Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania";

Verizon Virginia Inc., formerly known as "Bell Atlantic – Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of Virginia";

Verizon West Virginia Inc., formerly known as "Bell Atlantic – West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of West Virginia, Inc.";

Verizon New York Inc., formerly known as "New York Telephone Company";

Verizon New England Inc., formerly known as "New England Telephone and Telegraph Company";

Verizon California Inc., formerly known as "GTE California Incorporated";

Verizon Florida Inc., formerly known as "GTE Florida Incorporated";

Verizion North Inc., formerly known as "GTE North Incorporated";

Verizon Northwest Inc., formerly known as "GTE Northwest Incorporated";

Verizon South Inc., formerly known as "GTE South Incorporated";

Verizon Capital Corp.;

Cellco Partnership (d/b/a "Verizon Wireless");

NYNEX Corporation;

GTE Corporation; and

GTE Southwest Incorporated (d/b/a "Verizon Southwest").

In addition, Verizon Communications Inc. owns a 52% interest in Telecommunicaciones de Puerto Rico, Inc. which has publicly traded notes.  Verizon also owns non-controlling minority interest in various companies that have publicly held securities.

These representations are made in order that judges of this Court may determine the need for recusal.


By:    /s/ Amy Miller
Amy Miller, D.C. Bar # 473517
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102
703.712.5079 (telephone)
703.712.5193 (facsimile)
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of Defendants' CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA was served via registered mail, return-receipt requested, as well as United States first class mail, postage prepaid., on this 29th day of August 2006, upon:

> Andre M. Duffy
> 417 Shadow Way Lane
> Pensacola, FL 32506

                                  /s/ Amy Miller
                                    Amy Miller

\4125620.1