UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE M. DUFFY,<br><br>　Plaintiff,<br><br>　v.<br><br>VERIZON COMMUNICATIONS, INC., *et al.*,<br><br>　Defendants. | Civ. Action No. 05-02005 (TFH) |

## ORDER

Pending before the Court is the [4] Motion To Dismiss Plaintiff's Complaint By Defendants Verizon Communications Inc., Verizon Washington Inc., Lawrence T. Babbio, Anthony A. Lewis, Michael Hoover, and Mark Gilbert. In accordance with the accompanying Memorandum Opinion, it hereby is

　**ORDERED** that the motion is **GRANTED**. It further is

　**ORDERED** that this case shall be **DISMISSED WITH PREJUDICE**.

　**SO ORDERED**.

August 27th, 2007

Thomas F. Hogan
Chief Judge